**Order entered March 12, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00956-CV

### SALVADOR ROBLEDO, ET AL., Appellants

### V.

### VICTOR HERNANDEZ, ET AL., Appellees

**On Appeal from the 44th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-10-15879**

## ORDER

Before the Court is the March 11, 2020 opposed motion of appellant Baltasar Cruz requesting a sixty-day extension of time to file his brief on the merits. We **GRANT** the motion **to the extent** that appellant shall file his brief no later than **April 23, 2020**.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE